IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHAROLYN BRANTLEY MONTGOMERY ALLEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:19-CV-487-WKW [WO] |
| DERRICK CUNNINGHAM, *et al.*, | ) ) | |
| Defendants. | ) | |

# **ORDER**

On May 12, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 49.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 49) is ADOPTED.

(2) Defendants' motions to dismiss (Docs. # 22, 41) are GRANTED to the extent Defendants seek dismissal due to Plaintiff's failure to exhaust an administrative remedy.

(3) This action is DISMISSED with prejudice under 42 U.S.C. § 1997e(a).

(4) Other than the filing fee assessed to Plaintiff, no further costs are taxed.

Final judgment will be entered separately.

DONE this 8th day of June, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE